UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 1:23-cv-10692

**KIMBERLY QUINTAL,**
***Plaintiff,***

**v.**

**DEPARTMENT OF DEVELOPMENTAL SERVICES, and EXECUTIVE OFFICE OF HEALTH & HUMAN SERVICES,**
***Defendants.***

**COMPLAINT & DEMAND FOR JURY TRIAL**

## INTRODUCTION

1. Defendant violated Plaintiff's right to the free exercise of religion by requiring that, as a condition of her continued employment, she be injected with a product advertised as a COVID-19 vaccine, and (after Defendant had demonstrated that her sincerely held religious beliefs prevented her from being injected with the products) by suspending and terminating her employment. Defendant thereby violated Title VII of the Civil Rights Act.

## JURISDICTION AND VENUE

2. This Court has jurisdiction over this action under 42 U.S.C. § 2000e-5 (f) and 28 U.S.C. §§ 1331 and 1343 (a).

## PARTIES

3. Plaintiff Kimberly Quintal is an inhabitant of Plymouth, Massachusetts.

4. Defendant Department of Developmental Services is an agency of the Commonwealth of Massachusetts and is a person within the meaning of 42 U.S.C. § 2000e (a), and is an employer within the meaning of 42 U.S.C. § 2000e (b).

5. Defendant Executive Office of Health & Human Services is an agency of the Commonwealth of Massachusetts and is a person within the meaning of 42 U.S.C. § 2000e (a), and is an employer within the meaning of 42 U.S.C. § 2000e (b).

## EEOC CHARGE

6. Plaintiff filed a timely charge with the United States Equal Opportunity Commission (EEOC) (Charge No. 523-2022-00861). The EEOC issued a right-to-sue notice on January 13, 2022. Plaintiff brings this case within 90 days of receipt of the EEOC right-to-sue notice. All preconditions for filing this lawsuit have been performed or have occurred.

## FACTS

7. On or about August 19, 2021, Governor Charles D. Baker issued Executive Order 595 "E.O. 595"), which requires all employees of the Commonwealth's Executive branch to submit proof of full vaccination against COVID-19 by October 17, 2021, as a condition of continued employment. By way of E.O. 595, the Governor directed the Human Resources Division to issue a written policy with a procedure to allow "limited exemptions from the vaccination requirement where a reasonable accommodation can be reached for any employee... who is unwilling to receive COVID-19 vaccination due to a sincerely held religious belief." A true copy of E.O. 595 is attached hereto as Exhibit A.

8. On or about March 15, 2023, Governor Maura Healey issued Executive Order 607, which rescinds E.O. 595 effective May 11, 2023.

9. In August 2021, Defendants adopted a policy consistent with E.O. 595 that required employees to be injected with products advertised as COVID-19 vaccines.

10. On or about September 17, 2021, Plaintiff submitted her request for a religious exemption in which she stated, inter alia, "I had Covid and recovered due to the healthy immune system God has given me."

11. On or about November 3, 2021, Defendants sent Plaintiff a letter signed by EOHHS Secretariat Director Donna Daniels denying her request:

> During the interactive process you successfully demonstrated your sincerely held religious belief. We have reviewed and given full consideration of your request for an exemption from the COVID-19 vaccination.
>
> This response letter is being sent to inform you that your request for an exemption from the COVID-19 vaccination is being denied because your request poses an undue hardship for the agency. Granting your request would increase workplace safety risks and negatively impact safety planning. The accommodation would negatively impact operational factors such as staffing and workflow, and negatively impact direct care.

12. The "interactive process" to which Defendants referred in the letter was a sham. Defendants did not make a meaningful effort to determine whether they could accommodate Plaintiff's religious beliefs by permitting her to work without receiving the COVID-19 vaccine products even though Defendants knew or should have known that Plaintiff posed no greater risk than an employee who had received one of the products.

13. Defendants s received 264 requests from DDS employees for religious exemptions, of which 50 were withdrawn. Of the remaining 214 requests for religious exemptions, Defendants denied 213, i.e. more than 99%. In contrast, Defendants received 55 request from DDS employees for medical exemptions, of which 18 were withdrawn. Of the remaining 37 requests for medical exemptions, Defendants denied 33, i.e. about 90%.

14. Defendants treated requests for medical exemptions more favorably than requests for religious exemptions.

15. On or about November 6, 2021, Plaintiff wrote to Donna Daniels pointing out that the "interactive process" did not entail an effort to determine what accommodations might be available, asking EOHHS to define "safety planning" (Defendants' denial letter stated, "Granting your request would increase workplace safety risks and negatively impact safety planning"), and asking why there was no appeal. On November 8, 2021, EOHHS replied, "There is no appeal related to these decisions."

16. On or about November 9, 2021, Defendants suspended Plaintiff for five days without pay and informed her of a show-cause hearing scheduled for November 15, 2021. On November 16, 2021, Defendants suspended Plaintiff for 10 days without pay.

17. Defendants suspended Plaintiff because she had not received a product known as a COVID-19 vaccination, from which Plaintiff had sought a religious exemption. The 10-day suspension letter states: "You can end your suspension and return to work upon receiving the single-dose regimen (Johnson & Johnson). You can also end your suspension upon receiving your first dose of a two-dose regimen (Moderna or Pfizer) and be placed on leave until you receive your second dose." At that time, Defendants knew or should have known that those products provided, at best, brief protection and not lasting immunity.

18. The 10-day suspension letter also states:

> Additionally, you have the option from now until the day of your termination to voluntarily resign. If you elect this option, you must submit a fully executed Voluntary Resignation with Waiver for Recall Rights form attached hereto. You will be placed on the recall list in accordance with your collective bargaining agreement, and you will not be eligible to be recalled until you provide documentation to EOHHS-LaborRelations@mass.gov that you are compliant with Executive Order 595.

19. Defendants terminated Plaintiff's employment effective December 2, 2021.

20. Defendants knew that Plaintiff had recovered from COVID-19 and knew that natural immunity conferred on Plaintiff a greater degree of protection against reinfection than the COVID-19 vaccines could have provided.

21. Defendants could have accommodated Plaintiff's request without undue hardship. Being injected with a product advertised as a COVID-19 vaccine does not prevent a recipient from contracting and transmitting COVID-19. When Defendants imposed injections as a condition of continued employment, Defendants knew or should have known that the injections do not prevent people from catching and spreading COVID-19.

22. One recent study explains why the products advertised as COVID-19 vaccines lack the efficacy that Defendant ascribed to them. As Anthony Fauci (until January 2023 the Director of the National Institute of Allergy and Infectious Diseases) and his co-authors state:

> The vaccines for these two very different viruses [influenza and SARS-CoV-2] have common characteristics: they elicit incomplete and short-lived protection against evolving virus variants that escape population immunity.
>
> ... Rapid antigenic drift affects the control of annual influenza epidemics and complicates the effort to produce broadly protective, "universal" influenza vaccines. The SARS-CoV-2 spike protein has shown a similar plasticity, with the emergence of multiple variants with altered antigenicity that has complicated its control through current vaccination strategies.
>
> ... [A]lthough genetic and antigenic variability of viruses like influenza and SARS-CoV-2 make vaccine design more challenging, these factors by themselves cannot fully explain the lack of elicitation of long-term protective immunity against other respiratory mucosal viruses like the more phenotypically stable RSV. Taking all of these factors into account, it is not surprising that none of the predominantly mucosal respiratory viruses have ever been effectively controlled by vaccines. This observation raises a question of fundamental importance: if natural mucosal respiratory virus infections do not elicit complete and long-term protective immunity against reinfection, how can we expect vaccines, especially systemically administered non-replicating vaccines, to do so? This is a major

> challenge for future vaccine development, and overcoming it is critical as we work to develop "next-generation" vaccines. [1]

23. On August 23, 2021, the FDA approved Pfizer-BioNTech's product marketed as Comirnaty, which the FDA described as "a monovalent COVID-19 vaccine that is authorized for emergency use to prevent COVID-19."[2] On September 23, 2021, the FDA published its Review Memorandum, which states: "COMIRNATY is a vaccine indicated for active immunization to prevent coronavirus disease 2019 (COVID-19) caused by severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2) in individuals 16 years of age and older."[3] With regard to prevention, as set forth above, the actual risk reduction, i.e. the reduction of the risk that a recipient would have a symptomatic positive test for COVID-19 after being injected with the product, was **0.84%**.

24. Even though it claimed that the product would prevent COVID-19, the FDA made no claims about for how long it might do so:

> **How long will Comirnaty provide protection?**
>
> Data are not yet available to inform about the duration of protection that the vaccine will provide.[4]

[1] "Rethinking next-generation vaccines for coronaviruses, influenza viruses, and other respiratory viruses," David M. Morens, Jeffery K. Taubenberger, and Anthony S. Fauci *Cell Host Microbe*. 2023 Jan 11;31(1):146-157. https://doi.org/10.1016/j.chom.2022.11.016

[2] https://www.fda.gov/emergency-preparedness-and-response/coronavirus-disease-2019-covid-19/pfizer-biontech-covid-19-vaccines#comirnaty

[3] https://www.fda.gov/media/152432/download

[4] https://www.fda.gov/vaccines-blood-biologics/qa-comirnaty-covid-19-vaccine-mrna (February 8, 2022).

25. Defendant knew or should have known that the reduction of the risk that a recipient of the Pfizer product would have a symptomatic positive test for COVID-19 after being injected with the product was just 0.84%. As cardiologist Dr. Aseem Malhotra stated in the *European Scientist*:

> [W]hat was reported in the mainstream news as being 95% effective against infection was in fact relative risk reduction, not absolute risk reduction from the double blind randomized controlled trial that took place during the more lethal circulating post-Wuhan ancestral strain of the virus. That specific NEJM paper which underpinned the emergency use authorization of the Pfizer mRNA vaccine actually revealed an absolute risk reduction (ARR) of 0.84%. In other words, for every 119 individuals vaccinated one person would be protected from being infected... Furthermore, as newer and thankfully, less lethal, mutated strains became dominant, any protection against infection at the very least became less effective and likely completely ineffective, even if there is some significant (as yet to be fully determined in absolute individual terms) protection against serious illness and death.[5]

26. The number of prominent people who have received the products advertised as "vaccines" and "boosters" and gone on to catch COVID-19 makes the reality difficult to ignore. For example:

27. On August 19, 2021, three U.S. Senators (John Hickenlooper of Colorado, Angus King of Maine, and Roger Wicker of Mississippi) announced that they had tested positive for COVID-19. All three had been injected with products advertised as COVID-19 vaccines. Senator King stated: "While I am not feeling great, I'm definitely feeling much better than I would have without the vaccine."[6] Senator Hickenlooper said: "I'm grateful for the vaccine (and the

---

[5] Dr. Aseem Malhotra, "Being Pro-Covid 19 Vaccines and Pro-transparency are not mutually exclusive – ending all mandates globally and accessing the raw data is now essential to restore trust," *European Scientist* (August 16, 2022).

https://www.europeanscientist.com/en/features/being-pro-covid-19-vaccines-and-pro-transparency-are-not-mutually-exclusive-ending-all-mandates-globally-and-accessing-the-raw-data-is-now-essential-to-restore-trust/

[6] https://www.cnn.com/2021/08/19/politics/roger-wicker-tests-positive-covid

scientists behind it) for limiting my symptoms and allowing us to continue our work for Colorado."[7] Senator Wicker tested positive again in February 2022 and for a third time in June 2022.[8]

28. On October 19, 2021, the Department of Homeland Security announced that Secretary Alejandro Mayorkas had tested positive for COVID-19, describing him as "fully vaccinated" and experiencing "only mild congestion."[9]

29. On December 19, 2021, Senator Elizabeth Warren and Senator Cory Booker both announced that they had tested positive for COVID-19. Senator Warren tweeted: "Thankfully, I am only experiencing mild symptoms & am grateful for the protection provided against serious illness that comes from being vaccinated & boosted." Senator Booker tweeted: "I'm beyond grateful to have received two doses of vaccine and, more recently, a booster – I'm certain that without them I would be doing much worse."[10]

30. On January 2, 2022, the Department of Defense announced that Secretary Lloyd Austin had tested positive for COVID-19. Secretary Austin stated:

> As my doctor made clear to me, my fully vaccinated status — and the booster I received in early October — have rendered the infection much more mild than it would otherwise have been. And I am grateful for that.[11]

---

[7] https://www.denverpost.com/2021/08/19/john-hickenlooper-covid-19-positive-congress/
[8] https://www.usnews.com/news/best-states/mississippi/articles/2022-06-13/us-sen-wicker-of-mississippi-again-tests-positive-for-covid
[9] https://www.reuters.com/world/us/us-homeland-security-secretary-tests-positive-covid-19-media-2021-10-19/
[10] https://www.thenewportbuzz.com/double-vaxxed-and-boosted-senators-warren-and-booker-test-positive-for-covid-19/33664
[11] https://www.defense.gov/News/Releases/Release/Article/2886520/statement-by-secretary-of-defense-lloyd-j-austin-iii-on-covid-status/

31. On August 15, 2022, the Defense Department announced that Secretary Austin had tested positive for COVID-19 again and was (again) experiencing mild symptoms. Secretary Austin stated:

> Now, as in January, my doctor told me that my fully vaccinated status, including two booster shots, is why my symptoms are less severe than would otherwise be the case... The vaccines work and will remain a military medical requirement for our workforce.[12]

32. On March 13, 2021, former President Barack Obama announced that he had tested positive for COVID-19, stating: "Michelle and I are grateful to be vaccinated and boosted."[13]

33. On March 31, 2022, William Burns (Director of the Central Intelligence Agency) tested positive for COVID-19. The *Wall Street Journal* quoted the CIA as stating that Mr. Burns was fully vaccinated and boosted" and "experiencing mild symptoms."[14]

34. On April 6, 2022, the Department of Justice announced that Attorney General Merrick Garland had tested positive for COVID-19. According to the press release, "the Attorney General is fully vaccinated and boosted."[15] The same day (April 6, 2022) the Department of Commerce announced:

> Today, after experiencing mild symptoms, Secretary [Gina] Raimondo tested positive for COVID using an at-home antigen test. She is fully-vaccinated and boosted, and she is confident that the vaccine has prevented her from experiencing more significant symptoms.[16]

---

[12] https://www.defense.gov/News/Releases/Release/Article/3127969/statement-by-secretary-of-defense-lloyd-j-austin-iii-on-his-covid-status/
[13] https://www.npr.org/2022/03/13/1086362826/obama-has-tested-positive-for-covid
[14] https://www.wsj.com/articles/cia-director-william-burns-tests-positive-for-covid-19-11648745041
[15] https://www.justice.gov/opa/pr/statement-attorney-general-merrick-b-garland-1
[16] https://www.commerce.gov/news/press-releases/2022/04/statement-secretary-gina-m-raimondo

35. On April 7, 2022, House Speaker Nancy Pelosi tested positive for COVID-19. Her spokesperson described her as "fully vaccinated and boosted, and is thankful for the robust protection the vaccine has provided."[17]

36. On April 9, 2022, the Department of Agriculture released a statement that Secretary Tom Vilsack had tested positive for COVID-19. It described him as "fully vaccinated and boosted."[18]

37. On April 26, 2022, the White House announced that Vice President Kamala Harris had tested positive for COVID-19. According to PBS:

> Harris, 57, received her first dose of the Moderna COVID-19 vaccine weeks before taking office and a second dose just days after Inauguration Day in 2021. She received a booster shot in late October and an additional booster on April 1.[19]

38. On April 28, 2022, Maine Governor Janet T. Mills announced that she had tested positive for COVID-19. Her office stated: "The Governor is fully vaccinated and has received two boosters – with the second booster dose being administered on April 8, 2022 – providing her with the strongest level of protection against serious disease or hospitalization."[20]

39. On May 4, 2022, Secretary of State Anthony Blinken tested positive for COVID-19. The State Department press release described him as "fully vaccinated and boosted against the virus and is experiencing only mild symptoms."[21]

---

[17] https://www.npr.org/2022/04/07/1066212755/speaker-nancy-pelosi-has-tested-positive-for-covid

[18] https://www.usda.gov/media/press-releases/2022/04/09/statement-office-us-agriculture-secretary-tom-vilsack

[19] https://www.pbs.org/newshour/politics/vice-president-kamala-harris-tests-positive-for-covid-19

[20] https://www.maine.gov/governor/mills/news/governor-mills-announces-positive-covid-19-test-result-2022-04-28

[21] https://www.state.gov/secretary-blinken-tests-positive-for-covid-19/

40. On May 8, 2022, Governor Kathy Hochul of New York tested positive for COVID-19. She tweeted, "Today I tested positive for COVID-19. Thankfully, I'm vaccinated and boosted, and I'm asymptomatic."[22] The vaccinated Mayor of New York City, Eric Adams, had tested positive the previous month. On September 20, 2022, Mayor Adams said, "I'm thrilled to roll up my sleeve and get boosted and encourage all eligible New Yorkers to do the same."[23]

41. On May 9, 2022, Susan Rice, President Biden's domestic policy advisor announced that she had tested positive for COVID-19, and stated: "I'm feeling fine and grateful to be vaccinated and double boosted."[24]

42. On May 16, 2022, the office of Delaware Governor John Carney announced that he had tested positive for COVID-19: "Governor Carney is vaccinated and double boosted."[25] Governor Carney said that he was experiencing "mild symptoms."[26] On January 29, 2023, Governor Carney tested positive for COVID-19 again. His office announced, "Governor John Carney tested positive for COVID-19 late Friday through an at-home antigen test, which he took after experiencing mild symptoms."[27]

43. On June 1, 2022, Labor Secretary Marty Walsh tested positive for COVID-19 and stated that he was experiencing "mild symptoms and was "grateful to be both vaccinated and boosted."

[22] https://www.wsj.com/articles/new-york-gov-kathy-hochul-tests-positive-for-covid-19-11652044052
[23] https://www.nyc.gov/office-of-the-mayor/news/686-22/mayor-adams-launches-covid-19-booster-campaign-additional-flexibility-nyc#/0
[24] https://www.cnn.com/2022/05/09/politics/susan-rice-positive-covid
[25] https://news.delaware.gov/2022/05/16/governor-carney-tests-positive-for-covid-19/
[26] https://www.wdel.com/news/gov-carney-feeling-well-after-testing-positive-for-covid-19/article_91f0816c-d576-11ec-85bd-23d3731f5496.html
[27] https://news.delaware.gov/2023/01/28/governor-carney-tests-positive-for-covid-19-2/

44. The same day Interior Secretary Deb Haaland tested positive for COVID-19 and stated, "I feel fine and am grateful to be fully vaccinated and twice boosted."[28]

45. On June 6, 202, Transportation Secretary Pete Buttigieg ("vaccinated and boosted") tested positive for COVID-19 and said that he was "experiencing mild symptoms."[29]

46. On June 13, 2022, the Department of Health & Human Services announced that Secretary Xavier Beccera had tested positive for COVID-19 again. The department's press release described him as "fully vaccinated and boosted against COVID-19 and experiencing mild symptoms." [30] He had previously tested positive for COVID-19 a little over a month before, on May 18, 2022, when the department's press release stated:

> This morning in Berlin, ahead of G7 meetings for health ministers, U.S. Health and Human Services Secretary Xavier Becerra tested positive for COVID-19 after taking a PCR test. He is fully vaccinated and boosted against COVID-19, and is experiencing mild symptoms.[31]

47. On June 15, 2022, the National Institutes for Health announced that Dr. Anthony Fauci (director of the National Institutes of Allergy and Infectious Diseases) had caught COVID-19: "He is fully vaccinated and has been boosted twice. He is currently experiencing mild symptoms."[32] Dr. Fauci took Paxlovid and promptly caught COVID-19 again.[33]

48. On June 20, 2022, North Carolina Governor Roy Cooper announced that he had tested positive for COVID-19: "I'm feeling fine. Thanks to vaccinations and boosters, my symptoms

---

[28] https://www.nytimes.com/2022/06/01/us/politics/martin-walsh-positive-coronavirus.html
[29] https://abcnews.go.com/US/transportation-secretary-pete-buttigieg-tests-positive-covid-19/story?id=85088123
[30] https://www.hhs.gov/about/news/2022/06/13/statement-assistant-secretary-public-affairs-sarah-lovenheim-hhs-secretary-becerra-testing-positive-covid-19.html
[31] https://www.hhs.gov/about/news/2022/05/18/statement-from-assistant-secretary-for-public-affairs-sarah-lovenheim-on-hhs-delegation-traveling-in-berlin.html
[32] https://www.nih.gov/news-events/news-releases/niaid-director-fauci-tests-positive-covid-19
[33] https://www.cnbc.com/2022/07/27/as-more-people-report-covid-rebounds-after-paxlovid-experts-insist-cases-are-rare.html

are very mild."[34] The previous July, Governor Roy had issued Executive Order 224, which ordered mandatory injection for State employees or, in the alterative weekly testing for COVID-18, and stated: "The most effective protection against the Delta variant-or against any form of COVID-19-is getting vaccinated. Vaccinations also protect the people around us from sickness and death."

49. On July 10, 2022, Senate Majority Leader Charles Schumer of New York caught COVID-19. His spokesperson stated: "The Leader is fully vaccinated and double boosted, and has very mild symptoms."[35]

50. On July 11, 2022, Senator Richard Blumenthal tested positive for COVID-19 and stated, "I'm not experiencing symptoms & am thankful to be fully vaccinated & boosted."[36]

51. President Joe Biden — vaccinated and double-boosted[37] — recovered from another bout of COVID-19 in the summer of 2022. He received his second booster dose on Wednesday, March 30, 2022, and tested positive for COVID-19 on July 21, 2022, just 15 weeks later. The White House press release dated July 21, 2022, stated:

> This morning, President Biden tested positive for COVID-19. He is fully vaccinated and twice boosted and experiencing very mild symptoms. He has begun taking Paxlovid.

---

[34] https://governor.nc.gov/news/press-releases/2022/06/20/governor-cooper-tests-positive-covid-19

[35] https://www.cnn.com/2022/07/10/politics/chuck-schumer-has-covid/index.html

[36] https://thehill.com/homenews/senate/3553488-blumenthal-second-democrat-to-miss-votes-with-covid-complicating-senate-agenda/

[37] https://www.politico.com/news/2022/03/30/biden-receive-second-covid-booster-00021667

He took Paxlovid, and (like Dr. Fauci) caught COVID-19 again.[38] It is also common knowledge that First Lady Jill Biden — twice "vaccinated" and twice "boosted,' according to her spokesperson — has also caught COVID-19.[39]

52. The "vaccinated" and thrice-boosted Canadian Prime Minister, Justin Trudeau, has caught COVID-19 twice (so far). He was "vaccinated" on April 23, 2021, received a booster on January 4, 2022, caught COVID-19 later that month, received a second shot in April 2022, caught COVID-19 for the second time in June, then got a third "booster" shot in July.

53. On August 8, 2022, Michigan Governor Gretchen Whitmer stated that she had tested positive for COVID-19: "Thankfully, I am only experiencing mild symptoms after being fully vaccinated and twice boosted."[40] Nine months earlier, on the occasion of receiving one of her booster shots, Governor Whitmer had stated: "The three safe, effective vaccines continue to be our best shot at beating COVID-19."[41]

54. On August 25, 2022, New Mexico Governor Lujan Grisham announced that she had tested positive for COVID-19: "I am very grateful to be experiencing only mild symptoms after being fully vaccinated and twice boosted against COVID-19."[42]

---

[38] https://www.cnn.com/2022/06/13/americas/justin-trudeau-covid19-intl/index.html; https://www.businessinsider.com/justin-trudeau-got-moderna-booster-shot-after-his-astrazeneca-jab-2021-7; https://www.politico.com/news/2022/06/13/trudeau-positive-covid-00039165

[39] https://www.reuters.com/world/us/us-first-lady-jill-biden-tests-positive-covid-19-statement-2022-08-16/

[40] https://www.michigan.gov/whitmer/news/press-releases/2022/08/08/governor-whitmer-statement-on-testing-positive-for-covid-19

[41] https://www.michigan.gov/whitmer/news/press-releases/2021/11/05/photos-gov--whitmer-receives-safe-effective-covid-19-vaccine-booster

[42] https://www.governor.state.nm.us/2022/08/25/governor-tests-positive-for-covid-19/

55. On September 6, 2022, Senator Jackie Rosen of Nevada announced that she had tested positive for COVID-19. Her office stated that she was experiencing "mild symptoms" and was "thankful to have been fully vaccinated and boosted to protect against severe illness."[43]

56. On September 27, 2022, another Cabinet member, Michael Regan (Administrator of the Environmental Protection Agency) posted a Tweet stating that he had tested positive for COVID-19, was experiencing "mild symptoms," and was "grateful to be vaccinated and boosted."[44]

57. CDC director Rochelle Walensky tested positive for COVID-19 on October 22, 2022; the CDC announced that Walensky was "up to date with her vaccines."[45] This came approximately one month after she was injected with the bivalent product. On the day of her injection, ABC quoted Walensky as saying:

> All the data from this new bivalent vaccine have demonstrated that it will protect you against — more likely protect you — against the strains that we have circulating right now, those Omicron BA.5 strains, as well as keep you well protected, because we've seen that some of that protection can wane over time. So, we are really encouraging everybody to roll up their sleeves and get this updated bivalent vaccine.[46]

Just four weeks after her bivalent-booster injection, Walensky caught COVID-19. Then she took Paxlovid and caught it again.[47]

---

[43] https://www.rosen.senate.gov/2022/09/06/senator-rosen-tests-positive-for-covid-19/
[44] https://twitter.com/EPAMichaelRegan/status/1574924863802056705
[45] https://www.cdc.gov/media/releases/2022/s1022-covid-director.html
[46] https://abcnews.go.com/Health/cdc-director-weighs-pandemic-bivalent-covid-shot-critically/story?id=90323875
[47] https://www.cdc.gov/media/releases/2022/s1031-covid-19-cdc-director.html

58. On November 1, 2022, the Department of Education announced that Education Secretary Miguel Cardona had caught COVID-19. The department's press release described him as "fully vaccinated and boosted against COVID-19 and experiencing mild symptoms."[48]

On November 7, 2022, FDA Commissioner Robert M. Califf tested positive for COVID-19. The FDA announced, "He is up to date on vaccines against COVID-19 and is experiencing mild symptoms."[49]

59. On November 17, 2022, Colorado Governor Jared Polis tested positive for COVID-19. His office stated, "The Governor is fully vaccinated, is asymptomatic, and will be working from home with his full schedule until he is no longer contagious (for five days if he remains asymptomatic)."[50] In December 2021, Governor Polis had declared that "unvaccinated" people who catch COVID-19 have only themselves to blame ("it's their own darn fault"), a statement he later supplemented by saying that unvaccinated people "are often the victims of misinformation."[51]

60. On November 20, 2022, Oregon Governor Kate Brown tested positive for COVID-19.[52] She tweeted:

> After returning from Vietnam, Dan and I have tested positive for COVID-19. We are recuperating at home and, while this changes our Thanksgiving plans, we are grateful for effective vaccines and boosters that are helping ensure our symptoms don't become serious.

---

[48] https://www.ed.gov/news/press-releases/statement-acting-assistant-secretary-communications-and-outreach-kelly-leon-education-secretary-cardona-testing-positive-covid-19

[49] https://www.fda.gov/news-events/press-announcements/fda-commissioner-tests-positive-covid-19-experiencing-mild-symptoms

[50] https://www.colorado.gov/governor/news/9086-gov-polis-tests-positive-covid-asymptomatic-will-continue-duties-governor-while-working

[51] https://www.politico.com/news/2021/12/19/jared-polis-three-dose-vaccine-525532; https://www.deseret.com/utah/2021/12/14/22834582/colorado-governor-jared-polis-covid-19-emergency-over-unvaccinated-pandemic-vaccine-masks

[52] https://www.oregonlive.com/news/2022/11/gov-kate-brown-tests-positive-for-covid-19.html

61. On January 11, 2023, U.S. Senator from Nevada, Cortez Masto tweeted, "This afternoon, I received a positive COVID-19 test result. I'm experiencing mild symptoms and am grateful for the protection my vaccinations have provided."[53]

62. On January 17, 2023, Governor Jim Justice of West Virginia tested positive for COVID-19 for the second time. His announcement states, "The Governor, who is fully vaccinated and boosted, is experiencing mild symptoms and is isolating at home."[54]

63. On January 18, 2023, Jerome Powell, Chair of the Federal Reserve, tested positive for COVID-19. The announcement state, "Chair Powell is up to date with COVID-19 vaccines and boosters."[55]

64. On January 26, 2023, U.S. Senator Angus King of Maine tweeted that he had tested positive for COVID-19 again (he had previously caught COVID-19 in April 2021 when he stated, "While I am not feeling great, I'm definitely feeling much better than I would have without the vaccine").[56]

65. On May 28, 2022, California Governor Gavin Newsom tested positive for COVID-19. His press office announced that "Governor Newsom is vaccinated and has received two booster shots, including as recently as May 18."[57] On March 8, 2023, Governor Newsom tested positive for COVID-19 again.[58]

---

[53] https://twitter.com/SenCortezMasto
[54] https://governor.wv.gov/News/press-releases/2023/Pages/Gov.-Justice-tests-positive-for-COVID-19---January-2023.aspx
[55] https://www.federalreserve.gov/newsevents/pressreleases/other20230118a.htm
[56]https://twitter.com/SenAngusKing/status/1618710059797852160?s=20&t=GVIrj7jO1t8Gb4hmD-UE-w; and https://www.king.senate.gov/newsroom/press-releases/senator-king-announces-positive-test-for-coronavirus
[57] https://www.gov.ca.gov/2022/05/28/statement-from-governor-newsoms-press-office/
[58] https://www.sfchronicle.com/politics/article/gavin-newsom-positive-for-covid-17828434.php

66. The inefficacy of the products is something that public health officials are now acknowledging publicly. For example, Dr. Deborah Birx, former White House Coronavirus Response Coordinator, stated: "I knew these vaccines were not going to protect against infection and I think we overplayed the vaccines."[59] In her book, Dr. Birx wrote:

> Reviewing data from around the world both in the vaccinated and the unvaccinated in late 2020 into early 2021 painted a clearer picture. The immunity induced after natural infection waned... Natural infection immunity waned and reinfection was not only visible but increasingly common. Vaccines created to mimic this immunity will also wane, lessening the level of protection against infection. So even the vaccinated could contribute to community spread. It wasn't just the unvaccinated who were responsible for ongoing transmission of the virus... The harsh reality was that silent spread could occur even among the vaccinated. It is normal and expected that our neutralizing antibodies wane."[60]

67. As former CDC director Dr. Tom Frieden stated, "protection against infection through vaccination is something of a flash-in-the-pan phenomenon." Dr. Anthony Fauci now concedes that vaccine-induced immunity "isn't durable":

> "We know that people get infected and then get reinfected. And people get vaccinated, and they get infected. So, immunity isn't measured in decades or lifetimes. It's measured in several months."[61]

68. Acknowledging this reality, the CDC changed its COVID-19 guidance in August 2022, so that its prevention recommendations "no longer differentiate based on a person's vaccination status."[62] The CDC now concedes that the products advertised as COVID-19 vaccines do not prevent recipients from catching, getting sick from, and spreading COVID-19.

---

[59] https://youtu.be/8AYqTgtIgLA

[60] Deborah Birx, *Silent Invasion: The Untold Story of the Trump Administration, Covid-19, and Preventing the Next Pandemic Before It's Too Late* (2022) pp. 440-441 and 446.

[61] https://www.marketwatch.com/articles/anthony-fauci-covid-19-biden-immunity-51658437525?siteid=nf-rss

[62] https://www.cdc.gov/mmwr/volumes/71/wr/mm7133e1.htm

69. Figures from the Massachusetts Department of Public Health (DPH) show that since at least February 2022 the majority of people hospitalized in Massachusetts for COVID-19 have been "fully vaccinated."

70. Massachusetts DPH figures show that by mid-July 2022 more than 3,000 "fully vaccinated" people in Massachusetts had died from COVID-19. In the 69 days between June 26 and September 3, 2022, the number of people classified as "fully vaccinated" who died from COVID-19 was 314. The Massachusetts DPH categorizes individuals as "fully vaccinated" if they have received the number of doses required to complete the COVID-19 vaccine series for their age and all of these doses have been reported to the Massachusetts Immunization Information System.

71. In mid-July 2022 the Massachusetts DPH stopped publishing the number of COVID-19 breakthrough cases, i.e. people who were injected with the products and then caught the disease. The DPH website states "data on vaccine breakthrough cases in Massachusetts are no longer being updated." It does not say why.

72. The final weekly report on COVID-19 cases among "fully vaccinated" individuals states that 11.4% of "fully vaccinated" people have caught COVID-19 after becoming "fully vaccinated":

- As of July 2, 2022 there were 5,408,359 fully vaccinated people and there were 617,337 cases in vaccinated people
- 10,121 of those 617,337 cases resulted in hospitalization and 3,213 cases resulted in death based on information reported to date[63]

[63] Massachusetts Department of Public Health COVID-19 Vaccine Data –Tuesday, July 5, 2022.

DPH's responses to public records requests show that the number of breakthrough cases in the period June 26-September 3, 2022, was 58,199. Of the 5,555,220 people in Massachusetts that DPH classifies as "fully vaccinated" at least 675,000 (more than 12%) are recorded as having subsequently caught COVID-19.

73. Below the figures in the weekly report, the DPH includes this note about undercounting both of cases and hospitalizations:

> Identification of cases in vaccinated people relies on matching data between the system of record for cases and vaccinations. The number of cases in vaccinated people may be undercounted due to discrepancies in the names and dates of birth of individuals, resulting in an inability to match records across systems. Hospitalization data is likely also undercounted as identification and reporting of hospitalized cases relies on that information being obtainable by case investigators through patient interview.

74. For most people who display some symptoms of COVID-19, those symptoms are mild (e.g. sore throat, slight cough, and runny nose) and do not require a visit to a healthcare provider. If a person with COVID-19 does not report the infection to a healthcare provider, nobody enters the case into a healthcare provider's database, and it does not appear in the DPH figures.

75. Accordingly, the DPH case count of 617,337 "fully vaccinated" people who subsequently caught COVID-19 excludes those who do not report the fact to a healthcare provider. It also excludes people who were injected with the products but caught COVID-19 within the 14-day period prior to them becoming "fully vaccinated" according to the Department's definition of that term.

76. Despite the fact that it was already clear that the products advertised as COVID-19 vaccines do not prevent recipients from contracting and transmitting COVID-19, Defendant required that in order to keep her job Plaintiff be injected with the products.

77. To the best of Plaintiff's knowledge, despite the rapid waning of the products, Defendants do not require that DDS employees be injected with "booster" shots, products that the CDC defines as "additional doses of a vaccine needed periodically to 'boost' the immune system and 'reactivate' an immune response already developed by an individual," for COVID-19.

## CLAIM FOR RELIEF

COUNT 1

Section 703 (a) of Title VII, 42 U.S.C. § 2000e-2(a)

Defendants discriminated against Plaintiff on the basis of her religion

78. Plaintiff repeats and incorporates by reference the factual allegations in the preceding paragraphs.

79. Plaintiff sincerely possessed a bona fide religious belief that conflicted with an employment requirement, namely Defendants' requirement that Plaintiff be injected with a product advertised as a COVID-19 vaccine.

80. Plaintiff informed Defendants of the conflict.

81. Defendants took adverse employment decisions against Plaintiff for her not complying with the employment requirement because of her conflicting religious belief, namely attempting to induce her to renounce her beliefs, suspending her, and terminating her employment.

82. Defendants discriminated against Plaintiff on the basis of her religion (Christian) in violation of 42 U.S.C. § 2000e-2(a) as follows:

83. Defendant failed to engage with Plaintiff in an interactive process in efforts to reasonably accommodate her religious beliefs that prohibit her from being injected with the products advertised as COVID-19 vaccines.

84. Defendants failed to adequately attempt to reasonably accommodate Plaintiff's sincerely held religious observance, practice, and beliefs that prohibit her from being injected with the products advertised as COVID-19 vaccines.

85. Defendants failed to reasonably accommodate Plaintiff's sincerely held religious observance, practice, and beliefs that prohibit her from being injected with the products advertised as COVID-19 vaccines.

86. Defendants treated employees who applied for medical exemptions more favorably than those who applied for exemption on religious grounds.

87. Accommodating Plaintiff's sincerely held religious observance, practice, and beliefs that prohibit her from being injected with the products advertised as COVID-19 vaccines would not have caused Defendants undue hardship.

88. Defendants discriminated against Plaintiff on the basis of her religion in violation of the Civil Rights Act, Section 703 (a) of Title VII, 42 U.S.C. § 2000e-2(a).

As a result of Defendants' acts and omissions, Plaintiff has suffered harm.

**PRAYER FOR RELIEF**

Plaintiff respectfully requests that this Honorable Court:

A. Order Defendant to rehire and reinstate Plaintiff with no loss of seniority;

B. Award Plaintiff front pay and back pay;

C. Award Plaintiff damages, including damages for emotional distress, plus her costs and her reasonable attorney's fees; and

D. Order such other and further relief as the Court deems just and appropriate.

JURY DEMAND

Plaintiff hereby demands a trial by jury on all issue so triable pursuant to Fed. R. Civ. P. 38 and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

Respectfully Submitted
Kimberly Quintal
By Her Attorney:

Peter Vickery, Esq.
27 Pray Street
Amherst, MA 01002
BBO# 641574
Tel. (413) 992 2915
Email: peter@petervickery.com

March 30, 2023